# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DAVID ERWIN                                                    PLAINTIFF


v.                          NO. 3:17-cv-00333 JM/PSH


LYNDON SOUTHERN INSURANCE COMPANY                    DEFENDANTS
and SANTANDER CONSUMER USA


### ORDER


Defendant Lyndon Southern Insurance Company ("Lyndon Southern") has filed the pending motion for extension of time. See Docket Entry 18. To the extent the motion need be addressed, it is granted.[1] Lyndon Southern is given up to, and including, February 16, 2018, to file a reply to plaintiff David Erwin's response to the pending motions for summary judgment.

Plaintiff has also filed a document that the Clerk of the Court has construed as a Notice to the Court and Parties. See Docket Entry 19. In the document, plaintiff requests documents from Lyndon Southern pursuant to the Freedom of Information Act ("FOI"). The Court doubts that Lyndon Southern is subject to the requirements of the FOI, and this case is not the proper forum for such a request. If plaintiff desires documents from Lyndon Southern, he should request the documents from Lyndon Southern and, simultaneously, request an extension of the February 16, 2018, deadline.

---

[1]     On January 26, 2018, the Court gave the parties up to, and including, February 16, 2018, to present all materials that are pertinent to the defendants' now motions for summary judgment.

IT IS SO ORDERED this 8th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE