IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


DAVID ERWIN                                                                    PLAINTIFF


v.                                    NO. 3:17-cv-00333 JM/PSH


LYNDON SOUTHERN INSURANCE COMPANY                              DEFENDANTS
and SANTANDER CONSUMER USA


## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for preliminary injunction filed by plaintiff David Erwin is denied. See Docket Entry 5.

IT IS SO ORDERED this 13th day of February, 2018.



_____
UNITED STATES DISTRICT JUDGE