IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                                                          PLAINTIFF

v.                              NO. 3:17-cv-00333 JM/PSH

LYNDON SOUTHERN INSURANCE COMPANY                                       DEFENDANTS
and SANTANDER CONSUMER USA

ORDER

Plaintiff David Erwin ("Erwin") has filed a document that the Clerk of the Court has construed as a "Notice to the Court Re Extension and Request for Documents." See Docket Entry 22. In the document, he represents that he has sought discoverable materials from defendant Lyndon Southern Insurance Company ("Lyndon Southern") and, for that reason, requests an extension of time within which to file all materials pertinent to Lyndon Southern's motion for summary judgment.[1] For good cause shown, the motion is granted. All parties are now given up to, and including, March 16, 2018, to file all materials pertinent to Lyndon Southern's motion for summary judgment.[2]

IT IS SO ORDERED this 14th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties were previously given up to, and including, February 16, 2018, to present all materials pertinent to the motion for summary judgment filed by Lyndon Southern.

[2] This extension is applicable to both parties. Lyndon Southern's reply to Erwin's response to the motion for summary judgment is now due on, or before, March 16, 2018.