IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                              PLAINTIFF

v.                           NO. 3:17-cv-00333 JM

LYNDON SOUTHERN INSURANCE COMPANY                       DEFENDANTS
and SANTANDER CONSUMER USA

ORDER

The Court has received findings and recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendant Lyndon Southern Insurance Company ("Lyndon Southern") is granted. See Docket Entry 9. Plaintiff David Erwin's objection to the joint stipulation for dismissal with prejudice he entered into with defendant Santander Consumer USA ("Santander") is overruled. See Docket Entry 27. This case is dismissed without prejudice. Judgment will be entered for Lyndon Southern and Santander.

IT IS SO ORDERED this 23rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE