# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID ERWIN**                                                    **PLAINTIFF**

v.                              NO. 3:17-cv-00333 JM

**LYNDON SOUTHERN INSURANCE COMPANY**                **DEFENDANTS**
**and SANTANDER CONSUMER USA**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for defendants Lyndon Southern Insurance Company and Santander Consumer USA.

IT IS SO ORDERED this 23rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE